**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ruben ZUNO–ARCE, Defendant–**
**Appellant.**

No. 98–56770.

D.C. No. CV–98–2930–ER

United States Court of Appeals,
Ninth Circuit.

Filed May 23, 2001

Ordered Published Nov. 8, 2001

Before: BROWNING, GOODWIN, and GRABER, Circuit Judges.

ORDER

This case is stayed pending issuance of the mandate in *Valerio v. Bayer*, 2000 WL 425016, No. 98–99033.

ORDER

The order filed May 23, 2001, staying the mandate in this case pending issuance of the mandate in *Valerio v. Bayer*, No. 98–99033, 2000 WL 425016 (9th Cir. Apr. 19, 2000), *reh'g en banc granted*, 254 F.3d 824 (9th Cir. 2001), is designated for publication.

2